May 3, 2024

Honorable Deborah K. Chasanow
United States District Court
 for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:    *United States v. Kenneth Dodd*
               DKC-21-224

Dear Judge Chasanow:

     On behalf of Mr. Dodd, counsel respectfully requests that the Court continue the sentencing hearing currently scheduled for May 31, 2024 until on or after September 1, 2024 to permit Mr. Dodd to complete and document programs that he is enrolled in at Chesapeake Detention Facility.

     Counsel has conferred with Mr. Dodd and this request is made at his direct request, he fully consents to the continuance for the term requested.

     Government counsel is aware of this request and does not oppose it.

                                           Sincerely,

                                           /Signed
                                           Kwasi Hawks

cf:
Service by CM/ECF filing